```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   FRESCO PRODUCTS INC.,                                     :
                                      Plaintiff,             :
                                                             :    22 Civ. 1312 (LGS)
                   -against-                                 :
                                                             :         ORDER
   COLBEH INC., et al.,                                      :
                                                             :
                                      Defendants.            :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 16, 2022, Plaintiff filed a proposed order to show cause with emergency relief;

WHEREAS, Plaintiff's memorandum of law filed in support of the proposed order to show cause is a duplicate copy of the declaration of Antelmo Farciert;

WHEREAS, motion papers must include a memorandum of law. Local Civil Rule 7.1(a)(2). It is hereby

**ORDERED** that Plaintiff shall file the appropriate memorandum of law as soon as possible.

Dated: February 17, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE