# THE FIERST LAW GROUP, P.C.

462 SAGAMORE AVENUE, SUITE 2, EAST WILLISTON, NEW YORK  11596
(516) 586-4221
FAX:  (516) 586-8536 (NOT FOR SERVICE OF PAPERS)

Timothy J. Fierst, Esq.*
*Admitted to Practice in New York and Connecticut

February 23, 2022

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York  10007

Application GRANTED.  The Temporary Restraining Order at Dkt. No. 11 is LIFTED, and the hearing scheduled for March 2, 2022, is CANCELLED.

Dated: February 24, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   *Fresco Products, Inc. v. Colbeh Inc., etc., et. al.*
      *Case No. 22 Civ. 1312 (LGS)*

Dear Judge Schofield:

This law firm represents the plaintiff, Fresco Products, Inc. in the referenced action.  We write to Your Honor to respectfully request that the Order to Show Cause for a Preliminary Injunction dated February 18, 2022 and the Temporary Restraining Order contained therein (the "Order to Show Cause") (Dkt. No. 11) be vacated and the hearing scheduled for March 2, 2022 at 10:50 a.m. be cancelled.

After service of the Order to Show Cause, our office was contacted by representatives of the defendants to settle this action and make arrangements for payment of the sums demanded.  In fact, a wire for the agreed upon settlement amount has been received.

Therefore, it is respectfully requested that the Order to Show Cause be vacated and the scheduled hearing for March 2, 2022 be cancelled.  We will be filing the appropriate Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P.41 for the Court's approval to dismiss this action.

Thank you for Your Honor's courtesies and assistance in this matter.  If Your Honor has any questions please do not hesitate to contact me.

Respectfully submitted,

Timothy J. Fierst

TJF:me